Nos. 158 and 159. McCORMICK ET AL. *v.* RECONSTRUCTION FINANCE CORP.;
No. 160. WERNER ET AL. *v.* SAME;
No. 161. BELE, TRUSTEE, ET AL. *v.* SAME; and
No. 162. UTILITY & INDUSTRIAL CORP. *v.* SAME. October 9, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE REED took no part in the consideration and decision of these applications. *Messrs. George T. Buckingham, Edward R. Johnston, Ralph M. Shaw, Frank H. Towner, Samuel M. Rinaker, Michael F. Gallagher, Earl B. Wilkinson, Matthias Concannon, James F. Oates, Jr., Herbert M. Lautmann, Carroll J. Lord, Benjamin V. Becker, Paul R. Conaghan,* and *Harold L. Reeve* for petitioners in No. 158; *Messrs. Samuel M. Rinaker, Michael F. Gallagher,* and *Earl B. Wilkinson* for petitioners in No. 159; *Mr. Franklin J. Stransky* for peti-

tioners in Nos. 160, 161, and 162. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. Harold Rosenwald, Warner W. Gardner, Clifford J. Durr,* and *Hans A. Klagsbrunn* for respondent. Reported below: 102 F. 2d 305.

